**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                                                             **CRIMINAL ACTION NO. 1:07CR47**

**CARL MARTIN ADAMS AND
TOMMY RAY CREEKMORE**

## ORDER

This cause is before the Court on defendant Adams' Motion for Continuance of Trial Date and Deadlines [80]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The defendant seeks a continuance of the trial set to commence on October 22, 2007. In support of the motion, defense counsel avers that she has had insufficient time to devote to trial preparation due to her obligations in numerous other matters. The government has no objection to the requested relief. Based on the foregoing, the Court finds that the defendant's motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from October 22, 2007 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford defendant a reasonable time for adequate and effective preparation of his defense. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. Defendant Adams' Motion for Continuance of Trial Date and Deadlines [80] is GRANTED;

2. That the trial of this matter is continued as to all defendants until Monday, November 26, 2007 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from October 22, 2007 until November 26, 2007 is excluded as set out above;

4. That the deadline for filing pretrial motions is November 5, 2007;

5. That the deadline for submitting a plea agreement is November 12, 2007.

SO ORDERED, this the 9th October, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE