**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                          **CRIMINAL ACTION NO. 1:07CR47-P-D**

**CARL MARTIN ADAMS**

## **ORDER**

This cause is before the Court on the defendant Adams' Motion to Continue Trial Date and Deadlines [98]. The Court, having reviewed the motions and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for January 7, 2008. Defense counsel avers that she is engaged in plea negotiations with the government and that a continuance of the trial date in this matter would prove helpful in reaching a possible plea agreement. The government has no objection to the relief requested. While the circumstances articulated in the motion are sufficient to warrant the granting of a continuance of the present trial date, the Court notes that the instant motion is defendant's fourth request for a continuance. Accordingly, defense counsel is hereby admonished that, absent very good cause therefor, no additional continuances will be granted in this matter.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from January 7, 2008 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) a continuance is necessary to permit defendant to finalize his agreement with the government, thereby avoiding the necessity of a trial. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the

defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [98] is GRANTED;

2. That the trial of this matter is continued until Monday, February 4, 2008 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from January 7, 2008 until February 4, 2008 is excluded as set out above;

4. That the deadline for filing pretrial motions is January 14, 2008;

5. That the deadline for submitting a plea agreement is January 22, 2008.

SO ORDERED, this the 18th day of December, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE